# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-20-226-D |
| | ) |
| CHRISTOPHER MICHAEL CARLOCK, | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with G.O. 20-22 and in light of the COVID-19 pandemic, this matter is **STRICKEN** from the November 3, 2020 jury trial docket and continued to the December 1, 2020 jury trial docket. This case will be continued further, if necessary, until the circumstances presented by the outbreak of COVID-19 and the internal protocols for reduced court operations related thereto cease to exist.

As set forth in G.O. 20-22, limited criminal jury trials are being conducted in this judicial district during the November 3, 2020 jury trial docket due to the Court's phased resumption of operations necessitated by the COVID-19 pandemic. This action will not be one of the limited criminal jury trials conducted in November 2020.

The Court finds that the COVID-19 pandemic continues to be a factor in the Western District of Oklahoma, with more than 120,000 Oklahomans testing positive for the disease and more than 1,300 deaths. The Centers for Disease Control and Prevention ("CDC") continues to recommend against large gatherings, which limits the number of prospective

jurors who should be called for service. In addition, the CDC recommends continued social distancing, which effectively limits the number of jury trials that can be conducted at one time in order for the jurors and other trial participants to maintain appropriate social distancing. These factors all counsel in favor of continuing this matter. The period of delay resulting from this continuance is excludable under the Speedy Trial Act, as the Court specifically finds the ends of justice served by ordering this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

## CONCLUSION

Accordingly, this case is stricken from the November 3, 2020 jury trial docket and is rescheduled on the December 1, 2020 jury trial docket.

**IT IS SO ORDERED** this 30th day of October 2020.

TIMOTHY D. DeGIUSTI
Chief United States District Judge